FILED

10/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0054

_____

EDWARD TOMSU,

     Plaintiff and Appellant,

v.

UNIVERSITY OF MONTANA; JOHN DOES
1-10; AND, ABC CORPORATIONS 1-10,

     Defendants and Appellees.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Shane Vannatta, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 14 2020